No. 293. INVESTORS SYNDICATE *v.* ADAM MCMULLEN, GOVERNOR OF NEBRASKA, AND CLARENCE G. BLISS, SECRETARY OF DEPARTMENT OF TRADE & COMMERCE, ETC. Error to the Supreme Court of the State of Nebraska. Argued April 25, 1927. Decided May 2, 1927. *Per Curiam.* Affirmed on the authority of *Bank of Augusta* v. *Earle,* 13 Pet. 519; *Paul* v. *Virginia,* 8 Wall. 168; and *Pembina Consolidated Silver Mining & Milling Co.* v. *Pennsylvania,* 125 U. S. 181. *Mr. Arthur C. Spencer,*

with whom *Messrs. C. Petrees Peterson, Robert W. Devoe,* and *Henry M. Isaacs* were on the brief, for plaintiff in error. *Messrs. O. S. Spillman, Geo. W. Ayres,* and *George L. Basye* were on the brief for defendants in error.